Frank J. SOLINSKY, Sr., and Frank J. Solinsky, Jr., Appellants, v. Charles McPHERSON and Ewald J. Pfeiffer, as Special Administrators of the Estate of Charles F. Ruggles, Deceased; John H. Rademaker, Charles McPherson and Amador Timber Company (a Corporation), Appellees.

No. 6114.

Circuit Court of Appeals, Ninth Circuit.

Dec. 6, 1930.

Rehearing Denied Jan. 12, 1931.

James F. Peck and Edw. R. Solinsky, both of San Francisco, Cal., and Nutter, Hancock & Rutherford and A. P. Hayne, all of Stockton, Cal., for appellants.

Clyde H. Brand and Downey, Brand & Seymour, all of Sacramento, Cal., for appellees.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

The decree is affirmed on the authority of Solinsky v. McPherson et al. (C. C. A., No. 6113), 45 F.(2d) 778, just decided.